IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Mattes Sr, William D | Case Number: 06 B 15983 |
| | Judge: Squires, John H |
| Printed: 12/28/07 | Filed: 12/5/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: October 31, 2007
Confirmed: January 31, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,575.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 443.70 |
| Priority: | | 0.00 |
| Administrative: | | 2,624.00 |
| Trustee Fee: | | 168.92 |
| Other Funds: | | 338.38 |
| Totals: | 3,575.00 | 3,575.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,624.00 | 2,624.00 |
| 2. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Unsecured | 0.00 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 4,061.06 | 91.43 |
| 5. | B-Real LLC | Unsecured | 3,116.19 | 70.16 |
| 6. | ECast Settlement Corp | Unsecured | 3,759.27 | 84.63 |
| 7. | American Express Travel Relate | Unsecured | 562.54 | 0.00 |
| 8. | American Express Centurion | Unsecured | 5,514.91 | 124.17 |
| 9. | Capital One | Unsecured | 3,256.24 | 73.31 |
| 10. | Option One Mortgage Corp | Secured | | No Claim Filed |
| 11. | Cooper Communities | Secured | | No Claim Filed |
| 12. | Cooper Communities | Secured | | No Claim Filed |
| 13. | Comcast | Unsecured | | No Claim Filed |
| 14. | US Cellular | Unsecured | | No Claim Filed |
| 15. | GEMB | Unsecured | | No Claim Filed |
| 16. | AT&T Universal Card | Unsecured | | No Claim Filed |
| 17. | GEMB | Unsecured | | No Claim Filed |
| 18. | Thd/Cbsd | Unsecured | | No Claim Filed |
| 19. | Prudential Financial | Unsecured | | No Claim Filed |
| 20. | Discover Financial Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,894.21 | $ 3,067.70 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 46.80 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Mattes Sr, William D | Case Number:  06 B 15983 |
| | Judge:  Squires, John H |
| Printed:  12/28/07 | Filed:  12/5/06 |

                        5.4%                  122.12
                                              _____
                                            $ 168.92

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                        Marilyn O. Marshall, Trustee, by:

